# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 110 WAL 2022

           Respondent                :

                                     :    Petition for Allowance of Appeal
                                     :    from the Order of the Superior Court

           v.                       :

                                     :

THADDEUS CRUMBLEY,              :

                                   :

           Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 7th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.